IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE WILDERNESS SOCIETY *et al.*,  )<br>                                                           )<br>            Plaintiffs,                            )  Case No. CV08-363-E-EJL<br>                                                           )<br>vs.                                                      )<br>                                                           )  **ORDER OF CLARIFICATION**<br>U.S. FOREST SERVICE, *et al.*,           )<br>                                                           )<br>            Defendants,                        )<br>                                                           )<br>_____ ) | |

On February 20, 2009 the Court entered an Order denying the motion to intervene. (Dkt. No. 23). That Order stated that the administrative record in this case had not yet been filed. (Dkt. No. 23, p. 7). However, the administrative record has been filed in this matter. (Dkt. Nos. 14, 19). The Court has reviewed its Order denying the motion to intervene and concludes the administrative record does not change the Court's decision denying the motion to intervene. In their reply, the applicant interveners discussed the extent of their involvement at the administrative level and attached the appeal filed by Mr. Quale. The Court took this into consideration when ruling on the motion. Accordingly, the Court's ruling denying the motion to intervene remains the same.

DATED: **February 24, 2009**

*[signature]*

~~Honora~~ble Edward J. Lodge
U. S. District Judge